## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Michael Jordan, et al.

                                   Plaintiff,

v.                                           Case No.: 1:10–cv–00407
                                                     Honorable Milton I. Shadur

Dominick's Finer Foods, LLC, et al.

                                   Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 15, 2012:

        MINUTE entry before Honorable Milton I. Shadur:MOTION for summary judgment [119] is granted as to count one. Counts 2,3,4,5 & 7 are voluntarily dismissed without prejudice. Status hearing held on 10/15/2012. Discovery ordered closed by 12/11/2012. Status hearing set for 12/11/2012 at 09:00 AM. The 11/16/12 status date is vacated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.