**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MICHAEL JORDAN** and **JUMP 23, INC.**, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 10 C 407 |
| | ) |
| **DOMINICK'S FINER FOODS, LLC** and **SAFEWAY, INC.**, | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM ORDER**

Pretrial conference was held February 3, 2014. All parties' jointly submitted final pretrial order ("FPTO") was approved except for the size of the jury, which will comprise 8 or 9 jurors, and the case has been added to the trial call. On or before February 24, 2014 counsel for the parties are ordered to file any motions in limine and supporting memoranda. On or before March 10, 2014 counsel for the parties are ordered:

1. to file responses to those motions and supporting memoranda and

2. to transmit letters to this Court, with copies to opposing counsel, identifying their respective unavailabilities for trial during the period from June 16, 2014 through October 31, 2014.

This Court will then set the case for trial, and the following items will be due 14 days before the date set for trial:

1. proposed voir dire questions and

2. proposed jury instructions.

Trial briefs are waived.

_____
Milton I. Shadur
Senior United States District Judge

Date: February 5, 2014