## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Michael Jordan, et al.

                          Plaintiff,

v.                                                Case No.: 1:10–cv–00407
                                                                     Honorable Milton I. Shadur

Dominick's Finer Foods, LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2014:

      MINUTE entry before the Honorable Milton I. Shadur: For the reasons stated at length in today's memorandum opinion and order, plaintiff's motion for the Court's recusal [260] is denied and the Court elects pursuant to 28 U.S.C. ‡; 294(b) to withdraw from the case. All other pending motions will be assigned to the transferee judge for disposition. Status hearing set for 6/23/14 is vacated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.