# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Michael Jordan, et al.

                              Plaintiff,

v.                                                                         Case No.: 1:10–cv–00407

                                                                                Honorable Robert M. Dow Jr.

Dominick's Finer Foods, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 3, 2014:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff's motion for reconsideration [287] is taken under advisement; Defendants are given until 11/24/2014 to file a response; Plaintiff is given until 12/8/2014 to file a reply. The Court will either issue a ruling by mail or set the case for further status hearing to issue an oral ruling. The Daubert motions remain under advisement and the Court will issue a written ruling on those motions as well in due course. Notice of motion date of 11/4/2014 is stricken and no appearances are necessary on that date Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.