# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Michael Jordan, Jump 23, Inc.,

Plaintiff(s),

v.

Dominick's Finer Foods, LLC,

Defendant(s).

Case No. 10c407

Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Michael Jordan, Jump 23, Inc.
and against defendant(s) Dominick's Finer Foods, LLC
in the amount of $8,900,000.00 ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge John Robert Blakey presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge     on a motion     .

Date: 8/25/2015

Thomas G. Bruton, Clerk of Court

s/G. Lewis , Deputy Clerk